UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER Y. AMAYA,<br><br>                    Plaintiff,<br><br>          v.<br><br>NISSAN NORTH AMERICA, INC.,<br>et al.,<br><br>                    Defendants. | Case No. 2:25-cv-02279-SSC<br><br><br>JUDGMENT |

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that this action is dismissed with prejudice, and the Clerk of Court shall close this case.

DATED: May 28, 2026

_____

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE